IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MATTIE ARNOLD-ANDERSON** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:22-CV-3286** |
| v. | § | |
| | § | |
| **DIRECT CHASSISLINK, INC.** | § | |
| | § | |
| Defendant. | § | |

## DIRECT CHASSISLINK, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant Direct ChassisLink, Inc. and files this notice of removal.

## I.
## INTRODUCTION

1. Pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1441(a), 28 U.S.C. §1441(b), and in compliance with 28 U.S.C. §1446, Direct ChassisLink, Inc. ("DCLI") timely removes this civil state court action brought by Plaintiff, Mattie Arnold-Anderson ("Plaintiff") to the United States District Court for the Southern District of Texas, Houston Division. The civil action is pending in Harris County state district court and bears Cause No. 2022-54759; *Mattie Arnold-Anderson. v. Direct Chassislink, Inc.*; In the 295th Judicial District Court of Harris County, Texas (the "State Court Action"). There has been no demand for a jury trial in this case.

2. Removal to the United States District Court for the Southern District of Texas, Houston Division, is proper because:

    a. Plaintiff Mattie Arnold-Anderson is a resident of Harris County, Texas;

    b. Defendant DCLI is a Delaware corporation with its principal place of business located at 3525 Whitehall Park Drive, Suite 400 in Charlotte, North Carolina;

    c. The District Court of the United States has original subject matter jurisdiction (diversity) of this action because (a) this is a civil action between citizens of different states; and (b) the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs;

    d. This Notice of Removal is filed within thirty days after September 2, 2022, the date on which Plaintiff served DCLI with the Original Petition; and

    e. The United States District Court for the Southern District of Texas, Houston Division, is the District Court of the United States for the District and Division embracing the place where the Civil State Court Action was filed.

*See* 28 U.S.C. §1332 (a); 28 U.S.C. §1441(a); 28 U.S.C. §1441(b); 28 U.S.C. §1446(a); 28 U.S.C. §1446(b).

## II.
## STATEMENT OF GROUNDS FOR REMOVAL

**A.**     **Civil Action Between Citizens of Different States**

    3.     According to Plaintiff's live pleading, Plaintiff is an individual residing in Harris County, Texas.

    4.     Defendant DCLI is a corporation incorporated in the State of Delaware. *See* Exhibit "A" – Declaration in Support of Notice of Removal. Defendant's principal place of business is its corporate headquarters located at 3525 Whitehall Park Drive, Suite 400, Charlotte, North Carolina 28273. *Id.* DCLI's citizenship for the purpose of removal is Delaware and North Carolina.

    5.     Because Plaintiff is a citizen of a different state as compared to Defendant DCLI there is diversity of the parties for the purposes of removal.

**B.**     **The Matter in Controversy Exceeds $75,000 Exclusive of Interest and Costs**

    6.     The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C. §1446(2) states that "[i]f removal of a civil action is sought on the basis of [diversity] jurisdiction … the sum demanded in good faith in the initial pleading shall be determined to be the amount in controversy." Plaintiff "seeks monetary relief less than $250,000."

*See* Exhibit "B" at ¶ 2.

**C.     Original Subject Matter Jurisdiction Pursuant to 28 U.S.C. §1332(a)/Removal is Proper Pursuant to 28 U.S.C. §§1441(a) and 1441(b)**

7.      Because this civil action is between citizens of different states and the matter in controversy exceeds $75,000.00, exclusive of interest and costs, the District Courts of the United States have original subject matter jurisdiction of this action.  28 U.S.C. §1332(a).  Further, removal to the United States District Court for the Southern District of Texas, Houston Division, is appropriate as it is the district and division embracing the place where the original action is pending and is not the place of residence of DCLI.  28 U.S.C. §§1441(a) and (b).

**D.     Removal is Timely**

8.      Plaintiff served DCLI with the Original Petition on September 2, 2022.  This removal is timely filed before the thirty-day deadline of October 2, 2022.

### III.
### ATTACHMENTS

9.      Pursuant to 28 U.S.C. §1446(a) and Local Rule 81, DCLI attaches copies of the following:

   a. An index of matters being filed (Exhibit "C");

   b. A list of all counsel of record, including addresses, telephone numbers, and parties represented (Exhibit "D");

   c. A civil cover sheet (Exhibit "E");

   d. A copy of all pleadings asserting causes of action and orders signed by the state judge (Exhibit "F");

   e. A copy of the docket sheet (Exhibit "G");

   f. A copy of all executed process in the case (Exhibit "H"); and

    g.  Notice of Removal to the State Court (Exhibit "I").

## IV.
## PENDING MOTIONS

10.    There are no pending motions.

## V.
## CONSENT

11.    There are no served parties whose consent is required for removal.

## VI.
## NOTICE TO ADVERSE PARTIES/FILING WITH CLERK OF STATE COURT

12.    Pursuant to 28 U.S.C. §1446(d), promptly after the filing of this Notice of Removal DCLI will give written notice of removal to all adverse parties and will file a copy of this Notice of Removal with the clerk of the 295th Judicial District Court – the court in which the State Court Action was filed.

## VII.
## CONCLUSION

13.    For the stated reasons, Direct Chassislink, Inc. removes the State Court Action to the United States District Court for the Southern District of Texas, Houston Division.

    Respectfully submitted,

    **CLARK HILL PLC**

    BY:  */s/ David James*
        David James
        Texas Bar No. 24032467
        Southern District Bar No. 588556
        djames@clarkhill.com
        2615 Calder Avenue, Suite 240
        Beaumont, Texas 77702
        T: (409) 351-3802
        F: (409) 351-3883
        **ATTORNEY-IN-CHARGE FOR DEFENDANT**
        **DIRECT CHASSISLINK, INC.**

**OF COUNSEL:**

Ross Holiday Jones
Texas Bar No. 00794053
Southern District of Texas Bar No. 20440
rjones@clarkhill.com
L. Ashley Ramos
Texas Bar No. 24094096
Southern District Bar No. 3761055
laramos@clarkhill.com
**CLARK HILL PLC**
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702
T: (409) 351-3802
F: (409) 351-3883

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2022 a true and correct copy of the foregoing Notice of Removal has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ David James*
                                            David James